IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. G-13-14 |
| TRAVIS JAMES McREYNOLDS | § | |

### ORDER OF DETENTION PENDING TRIAL

On July 12, 2013, this Court convened the combined Initial Appearance and Arraignment of **Travis James McReynolds**, the named Defendant, in the above-styled and numbered cause. Having been informed that **McReynolds** is now in state custody and unable to post bail, the Court makes the following findings of fact and conclusions of law.

Since, at present, **McReynolds** has no present legitimate claim to a liberty interest that would justify an immediate or meaningful Detention Hearing under 18 U.S.C. § 3142(f), it is the **ORDER** of this Court that good cause exists to postpone the need for a Detention Hearing until such time as **McReynolds** can maintain a legitimate liberty interest before this Court. See United States v. King, 818 F.2d 112, 114 (1st Cir. 1987). Accordingly, the Court, with the agreement of **McReynolds** and his retained counsel, finds that there is no need to conduct a Detention Hearing at this time.

It is, therefore, **ORDERED** that the **Travis James McReynolds** be, and he is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility.

It is further **ORDERED** that the **Travis James McReynolds SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver the **Travis James McReynolds** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Galveston, Texas, this _12th_ day of July, 2013.

_____
John R. Froeschner
United States Magistrate Judge